IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STATE FARM FIRE & CASUALTY CO.,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | No.: 22-cv-3516 |
| | : | |
| **COWAY USA, INC.,** | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this   23RD   day of October, 2024, upon consideration of Defendant's Renewed Motion for Summary Judgment (ECF No. 52), and Plaintiff's response in opposition thereto (ECF No. 55), **IT IS HEREBY ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge